**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MELVIN MOLNICK,
Appellant,
vs.
SUZANNE M. MOLNICK,
Respondent.

No. 65183

**FILED**

SEP 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant has moved to voluntarily dismiss this appeal. The motion is granted, and this appeal is hereby dismissed with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:  Hon. William B. Gonzalez, District Judge, Family Court Division
Jimmerson Hansen
Suzanne M. Molnick
Eighth District Court Clerk

14-31865